In the Matter of Proving the Will of PATRICK J. RYAN, Deceased.

THOMAS F. RYAN, Appellant; JAMES RYAN, as Executor, Respondent.

(Argued January 6, 1930; decided January 17, 1930.)

*Louis Lande* and *Louis Solomon* for appellant.
*Henry Hirschberg* for respondent.

Order of the Appellate Division reversed and decree of the Surrogate's Court affirmed, with costs in this court and in the Appellate Division payable out of the estate and questions certified answered in the negative on the authority of *Matter of Conway* (124 N. Y. 455), which has not been overruled by *Matter of Field* (204 N. Y. 448).

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.